We'll hear our argument on the last case on the calendar, Ibrahim v. Homeland Security. Ibrahim v. Chekhov. Good morning, Your Honors. My name is Marwa Elzenkhali. I'm from McManus, Faulkner & Morgan. And with me is Christine Peek, also from our office, and we represent the appellant Rahina Ibrahim. I think that given our limited amount of time, there are a lot of issues that were briefed in this appeal. There are three issues that I would like to address. And, of course, answer any questions that the Court might have. The issues are, first of all, the issue whether or not the district court has subject matter jurisdiction to hear our claims challenging the placement of our client's name on the no-fly list, and actually specifically on the government's watch list by the terrorist screening center. The other issue that I'd like to discuss is the issue of our Section 1983 claim against the federal government based on the unlawful and unauthorized arrest of my client, Rahina Ibrahim. And, finally, I'd also like to talk about the issue of whether or not the Court has personal jurisdiction over Mr. John Bondinella, who was a private contractor working for the federal government at the time of her arrest, who directed that Ms. Ibrahim be arrested, even though that was not authorized by the no-fly list, as the federal government has conceded. So, first of all, with respect to the issue of subject matter jurisdiction, we have argued that the district court has subject matter jurisdiction to hear our challenge to the terrorist screening center's placement of our client's name in their database. The terrorist screening center is a completely separate entity from the Transportation Security Administration. It is not subject to the jurisdictional statute that is Section 49 U.S.C. 46110, which covers the Undersecretary of Transportation for Security and the TSA, and prevents or requires that any challenge to an order of the TSA must be heard by a United States court of appeals. The terrorist screening center is not part of that agency and is not subject to that statute. You're bringing essentially an APA claim against final agency action, right? Yes, Your Honor. And the agency involved is this terrorist screening... Terrorist screening center, yes. Which is under supervision, as I understand, under supervision of the FBI. It is, correct. So it's located somewhere in the Department of Justice or something? It's under the Department of Justice. The TSA is under the Department of Homeland Security. Now, you sued Mr. Chertoff, right? Yes, we did, Your Honor. Is he the right defendant? I mean, who else have you sued here? Mr. Chertoff, at the time, was the head of the DHS, I believe. Right, but the center, as you're telling me, is in Justice, which is a different... We sued a number of federal agencies. We sued the TSA, the Department of Homeland Security, the Department of Justice, the terrorist screening center, and the FBI. We basically sued anyone who was involved or could have been involved in Ms. Ibrahim's arrest and in the placement of her name on the no-fly list. Essentially, and your APA claim is simply to try to get her name off the no-fly list? Correct. That's the only relief you seek under the APA? It's to take her name off of a government watch list. It's the same list that is being used, that is basically put together by the TSC and is used by every government agency who engages in any terrorist monitoring activities, including the TSA, but also including overseas consulates issuing visas, including local law enforcement agencies and state law enforcement agencies. That list is distributed to many different agencies. It's not just used by the TSA, and it is not the TSA that decides whose name gets placed on that list. And in fact, we submitted a memorandum that was filed by the TSA in another action, Gray v. TSA, where the TSA says it is not the TSA that, it is not the TSA but another agency within the government that makes the determination that an individual poses. I do understand all that. The relief you're seeking is to have your client's name removed from this list. I call it a no-fly list, but as you pointed out, it's more than that. But there is a list which has a consequence of making it difficult to fly, but it also makes it difficult to do other things. Correct. And you don't want her name off that list. Correct. Okay. Now, and that's the only relief you're seeking under the APA. You've got other relief for damages under some other theories, but that's the only relief you're seeking under the Administrative Procedure Act. We are seeking specific relief as to her, but we are also seeking broad constitutional challenges to the way that that list is being prepared. Basically, that people's names are being put on there without any notice, without any hearing or an opportunity to contest their name being placed on there. And then once they find out that... Is this a class action? No, it is not, Your Honor. Uh-huh. And does your client have standing to raise? I can see sort of saying, I want my name removed from the list. Does she have standing to make broader claims about how the list is put together? We believe that she does because she was injured by the way the list is being put together. So she has suffered an injury, in fact. Now, because you're time is short, let me just ask a couple more questions. I just want to make all this clear on the... Okay. Now, your client is now not in the United States. No, she is not. And she doesn't have a visa to come to the United States. No, she does not. And you're not challenging the absence of a visa in this lawsuit? We are... What we are saying is that the revocation of her visa resulted from the placement of her name in the TSC's database. I see. So you're claiming an injury to her in addition to not being able to fly that her name being on the list also is depriving her of the opportunity to come to the United States or the chance to get a visa? Correct. Okay, so that takes care of my next question which would have been the question of continuing injury. There is a continuing injury under your theory. I'm just hurrying along because we've got a lot of time to cover. There's a continuing injury because so long as her name stays on that list, she's not likely to get a visa and so she's not likely to be able to return to the United States. Did she ever finish her education here? She did, Your Honor. She did submit her thesis from overseas to Stanford and she now has her PhD from Stanford. But she might want to come here for other reasons. Correct. She's still continuing to work with Stanford. Okay, that's fine. I don't mean to cut you off, but I just wanted to clarify my mind those questions. Now, on your claim for prospective relief, you bring a 1983 claim against the federal government. Yes. That's a very strange claim to bring when 1983 doesn't apply to the federal government. Well, Your Honor, it applies if the federal government acted in concert with or in conspiracy with the state government under color of state law. Now, our theory here is that it was under color of state law, first of all, because the no-fly list does not authorize the arrest of an individual. It only says, the security directives, that is, only require that if someone's name is found on the no-fly list that they not be allowed to fly. It does not say that they be arrested. And the federal government conceded that point during the course of the briefing and hearing on the motions to dismiss. So the arrest was completely outside of federal law and therefore was under color of state law. But the federal government worked with the San Francisco Police Department in carrying out that arrest. It usually works the other way where federal agents or state agents can be deputized to act under color of federal authority because they act, for example, under a task force. You'll have local state police cooperate with federal agents and you might then have a business claim against the state agents because although they're exercising state authority they might also be exercising federal authority. I've never heard of a case going the other way where the fact that the United States acts through and we have to accept your case as you pleaded what we understand in the case is you had a federal agent, somebody who had the color of federal authority at least and he tells the local police arrest or detain this person, right? Right. And so they essentially don't see any violation of local law. There's nothing going on. This person is not violating local law. They are arresting as an accommodation to the federal authorities essentially performing a federal function. I don't see where that can possibly be viewed as a federal government acting under color of state law. Well, because the reason we say that is because there is no federal authority allowing her to be arrested by being on the no-fly list. And so the way that we interpreted it is that the local police were arresting her under their authority under state law to carry out an arrest. And they did that with the federal government. As I understand your theory, you can theoretically pursue a 1983 claim against a federal official if the federal official is transformed into a state actor and that doesn't seem to fit here. It was the federal authorities  The case law from what I understand and specifically I believe the case is Cabrera which says that if the federal government works in concert with the local authorities or the state government then you can have a section 1983 claim. Let me ask you a question backing up to what my good colleague the Chief has talked to you about. I read your First Amendment complaint. Your First Amendment complaint says that you challenged the TSA's implementation of the no-fly list. No place in the amended complaint does it say you bring a claim challenging the TSA's decision to place her on the screening list. If you didn't bring it in the district court why are we having it? We actually did, Your Honor. We did name the TSA and we did talk about the TSA and we did explain that the TSA is the agency that makes the decision as to whose name is on the no-fly list. Well, but your complaint just says it was the implementation of the no-fly list that's the problem. Well, we actually do challenge the placement of her name on the no-fly list. In the complaint? In the complaint. Where? You might look at that. I look very hard at that. On 0211 paragraph 60 we say on information and belief the placement of names on the no-fly list. I'm sorry, where are you reading from? I apologize. It's page 0211 in the record. We say the no-fly list and the placement of Ibrahim I'm sorry, this is paragraph 60 of our amended complaint. 0211 this is the complaint, right? Second cause of action? This is the amended complaint, yes. Okay, and you're looking at paragraph what? Paragraph 60. It says the no-fly list and the placement of Ibrahim on this list is unconstitutional and then the second sentence says on information and belief the placement of names on the no-fly list is done in an arbitrary and capricious manner and without any factual findings or rational basis. Well, that's why I thought it was the implementation of the no-fly list. We say exactly that. Arbitrary and capricious. Now, you had a third claim as to Mr. Bondanella? B, yes, Bondanella. And why don't you go ahead and discuss that. Sure, we brought a claim we included Mr. Bondanella as a defendant in this action the court dismissed our claims against him based on lack of personal jurisdiction although the court did note that we probably would have a section 1983 claim against Mr. Bondanella if he, if the court had jurisdiction over him. We disagree with the court's opinion because basically there are a lot of elements that go towards finding personal jurisdiction but our argument What claim are you bringing against Mr. Bondanella? Which causes that? What substantive claim? We have a number of state law claims false arrest we also have a section 1983 claim against Mr. Bondanella for the unlawful arrest for violation of her 4th amendment right On the state law claims how can you sue a federal agent for state tort claims? He actually is not a federal agent he was a private contractor he was working on behalf of the federal government but he was a private contractor working for a private employer at the time that he that he directed the arrest and so we are suing him in his individual capacity yes but he is exercising the power of the federal government he is a contractor just take it for granted for the purpose of the question that he is in fact a federal agent you can't sue federal agents or federal employees at least for state torts otherwise I think that goes back to McCulliver's mail doesn't it? You can sue them if you make a claim under the FTCA You can sue the United States under the FTCA but you neglected to file an administrative claim within the time of the FTCA You can't sue individual agents because if you sue the mailman for running over your dog and he has to spend time mailmen do run over dogs your remedy in that case is that you sue the United States for the loss of the dog under the FTCA if you make an administrative claim but you don't tie up the mailman because he ran over your dog or whatever otherwise the government federal government would grind to a halt if federal agents could be sued in state court for state tort claims we're agreeing on that basically aren't we? I don't mean I don't see how you can your only way of suing him for state tort suit would be to say he's not a federal agent No and actually we do say that he is a federal agent because we say that in support of our section 1983 claim against the federal government What's he the federal agent? It seems to me the state tort claims are preempted Unless you file a claim under the FTCA which is another issue that was briefed here whether or not our claim was timely we've argued that it was timely because the court can grant us leave to amend our complaint and allege that we have filed our FTCA claims and that the time for the federal government to deny the claims has run out You didn't seek a stay You didn't seek a stay of the litigation You didn't seek a stay We did not seek a stay Do you want to save the rest of your time? Yes, your honor for rebuttal We'll hear from the other side Thank you Who's going to speak first? May it please the court My name is Joshua Waldman I'm here from the Department of Justice representing the federal appellees By this court's order, I have 10 of the 20 minutes and my co-counsel will take 5 each afterwards If I could, I'd like to start on the jurisdictional question under section 46.1.10 There doesn't seem to be much dispute that insofar as a security directive implementing the no-fly list issued by the Transportation Security Agency is at stake here that's an order within the meaning of 46.1.10 and this court's precedent in Gilmore v. Gonzalez is directly on point in that issue But what I understand really complaining about is not the fact that she wasn't allowed to fly but the fact that she has a name on a list which is causing her all sorts of grief of being not allowed to fly being warned of mass devastation being denied a visa to the United States being another How does she challenge that in the view of the United States? Well, I think that there are there's two separate issues there If you have a challenge about your visa not being issued which, by the way, isn't mentioned in the complaint but if it were, I think you'd bring an action against the State Department who is also not a name defended The claim is that there's a whole series of things, of disabilities that she suffers as a result of being included in the list The denial of a visa makes this an act of injury because if you didn't have this visa claim we might say, well, look you're in Malaysia Is she living in Malaysia? She's outside the United States right now So whatever lists our government puts her on is of no harm to her because she's not here But then she has a live claim because she says, look, the reason I'm not here or one of the reasons I'm not here is that my name is on this very list which I'm challenging So I have a continuing injury so there's no problem with standing or concreteness of injury or anything of that sort And she says what I'm claiming is not I'm not being allowed to fly or I'm not getting a visa What I am challenging is the fact that my name is on this blacklist and that grievous injury happens to me and people like me who get put on this list Is this a claim for which there is a judicial remedy in the views of the United States? Yes, Your Honor But I think it's important to understand Yes is fine Yes is fine So let me ask my next question If not here where? And if not now, when? Well, I think it's important in answering that question to explain a little bit how the list works That's from the Talmud, you know That's from the Talmud, you know That's a question from the Talmud Yes, I'm very bright Well, I won't try to answer it in the cosmic sense but in the context of this case I mean, this seems like a highly concrete case seems like a highly probable injury and it does seem injurious I mean, if your name or my name or anybody's name in this courtroom were put on that list we would suffer grievously and we want to have some way of going to our government and possibly to our courts and say, look, I shouldn't be on that list I'm an ordinary person who doesn't deserve to be to be put on the list What do they do? Well, I think in answering the question it's important to understand how the lists operate because as Your Honor said, an injury occurs but the injury occurs if there is an injury at the time that the TSA makes a decision or in the case of Aviza, at the time that the State Department makes a decision and no injury occurs by virtue of a decision made by the Terrorist Screening Center, the TSC who maintains a list which is then used by a different agency the TSA who, by the way, I think it's important to recognize can put other names on the no-fly list even if they're not on the TSC's list and the TSC may have names on its overarching list that don't necessarily get put on the no-fly list It's an independent decision by TSA and if your argument is, or your claim is I'm injured because I'm on the no-fly list that's a decision by TSA not by TSC Now, there are often instances and this happens all the time in the federal government where one agency or a cabinet officer consults with and may even rely on information from another There are many statutes that ask the Attorney General to consult with the Attorney General I mean, there is this agency which is supervised by the FBI and maintains a list That's correct They don't just do it for their health, right? They don't just do it because they like to keep lists This isn't one of those internet things where, you know, list mania, right? No, it's not like that They do it, they're paid federal salaries and they're given access to federal computers and other resources to maintain a list with a particular purpose that serves the United States and that purpose, as I understand it has to do with maintaining the safety of the United States by denying certain access to certain benefits and certain modes of transportation and the like to people who are thought to be dangerous You're nodding but the record doesn't show it doesn't reflect nods Yes So they say, look it is obviously a serious injury to somebody to be put on that list even before it actually gets implemented because every time you do something in your life you might bump up against some activity that you will be barred from undertaking and you won't find out about it until you're about to board that plane or, you know, do whatever or try to get a visa and you bump up against it so instead of going to New York you wind up staying in San Francisco because they said, sorry, you can't fly Are you saying that just being put on the list is not a sufficiently concrete injury to give standing What exactly is your argument? That is my argument, Your Honor I think that you Let's say we disagree with you on that I do understand the argument but let's say we were to disagree with you on that What method so let's say we think there is a concrete enough injury to be put on the list What method is there for getting one's name off the list There is a procedure that TSA has It's now called the TRIP program I can't remember off the top of my head what the acronym is for It's not that I don't want to fly I don't want to have this FBI-like agency have my name on the list You're talking about TSA, Your Honor TSA, that's the one I'm talking about I'm not sure Flying is the only thing I want to do What I want is my name off that list So all the things all the agencies, all the places that use TSA lists to keep me from participating in activities they will no longer have a reason to keep me from participating for the many things that you cannot do so long as your name is on that list Is there a method for removing oneself from that list As far as I know, there is no administrative mechanism in the same way that TSA has an administrative mechanism for getting your name off the no-fly list So they've brought a API action saying this is final agency action the final agency action is this agency TSA, which is an agency, yes? Yes, it is You don't dispute that it's an agency? I'm not disputing that You're not disputing it's final agency action, are you? No, we haven't We haven't briefed that at all, we haven't argued that at all That was not an issue We have neither conceded that nor addressed it I'm asking you a question Does the United States have a position as to whether or not this is final agency action? If you say the United States doesn't have a position, that's fine We'll have to decide on our own Your Honor, I don't know the answer to that, I don't have a position on that But if you think this is an important I'm sorry, I didn't mean to interrupt you If you think this is an important issue you can order us to have a supplemental briefing on this question we'd be happy to do that Perhaps, perhaps, I mean they bring an APA action, they have to have a final agency action, assume it's final agency action, why is this the kind of thing that the district court should take jurisdiction over and consider whether or not the name was probably placed on the list, on the TSA list Well, I think if we assume that it's an agency and there's final agency action, I think that there would be APA jurisdiction, it wouldn't fall under 46.110 because 46.110 covers TSA not TSC, we don't dispute that notion I did not have any difficulty understanding from their briefs that that's what they were arguing and I, talking to counsel, I think I was right I think, now you chose not to respond to that argument why should I give you another chance to respond to it? Well, our response was that the challenge that they're making, in our view is an injury about not being able to fly and if you look at the complaint, all of the factual allegations, all the discussion in the complaint is about an incident at the San Francisco airport where she was not able to board a plane and not able to fly, and as we view that that's all about the no-fly list it's not an abstract question about putting it on a list, it's about an injury that occurred as a result of an order from the TSA, not from the TSC I read the briefs somewhat differently, so I guess perhaps we read them differently but assuming that the question really is they want APA review of the TSC inclusion of the TSC list you don't have a reason why this shouldn't go forward, do you? Well, the only reason I would say at this point is I don't read their complaint as bringing anything under the APA there's no mention of sort of what the standard review is, whether it be arbitrary, capricious, substantial evidence, the only thing I see are six claims under 1983 and six claims under state tort law so I understand you say so our argument was the only thing that they're injured by is a TSA order and that's under 46-110, not in the district you shouldn't bring that in the district court if they had had a different we might have argued the case a little bit differently but I think in your complaint you have to give a little bit of a fair notice about what you're arguing and not sort of point to is it implementing, is it placement and we're really starting to parse the fine language here especially when we're getting into questions of they have Bivens claims that aren't actually set forth in the complaint, there was no exhaustion FTCA isn't even mentioned in the complaint there's all sorts of deficiencies I think it would be fair to the government to say if you're going to bring this, you've got to be a little bit clear about what you're doing and your honors, I don't want to be fair to I want to be fair to my co-counsel we're now down to about 8 minutes I'd be happy to answer any other questions I don't want to take out of their time but if you wanted to grant additional time, I'd be happy to do that otherwise I'd be we'll hear from co-counsel thank you may it please the court, Sharon Mayo on behalf of defendant and appellee John Bondanella I came to address the district court's dismissal of Mr. Bondanella on personal jurisdiction grounds which I think were absolutely proper the court mentioned this morning another reason why Mr. Bondanella should not be sued in this case and because the court can affirm a district court's dismissal on any proper ground that's in the record I will leave that to your that applies to the state court claims, I'm not sure it applies to the 1983 claims I mean, he gets a call from the police here and the police say I mean, he tells them arrest, did he say arrest? no, he did not, your honor, and that is one factual issue yes, he said specifically the allegation is that officer Pate called Mr. Bondanella seeking confirmation that the plaintiff was on the no-fly list that Mr. Bondanella told officer Pate to not allow plaintiff on the flight to contact the FBI and to detain her for questioning the facts and the allegations of the complaint also make clear the timing of these events she alleges that she after officer Pate made this phone call she was left standing at the ticket counter for a substantial period of time during which she was in pain so I think that combined with the specific allegation of the complaint that Mr. Bondanella simply said to detain her, that was not an order for her arrest and I think it's an overstatement of plaintiff's allegations to say that Mr. Bondanella ordered her arrest, I think the facts do not bear that out as far as the personal jurisdiction issue goes there are two arguments that I wanted to focus on, one is that under the effects test for under the Calder v. Jones case Mr. Bondanella's conduct was not expressly aimed at the forum state the Calder case and the Ninth Circuit cases that have followed it recognize that it's not simply enough to have foreseeable effects in the forum, there must be something more and that something more is individual targeting of the plaintiff now the facts of this case are that Mr. Bondanella received a phone call from Officer Pate clearly he had, there's no allegation and I think no allegation that could be made that he knew that Ms. Ibrahim was going to fly that day that he knew that he was going to receive a phone call from Officer Pate asking him what to do, that he even knew who Ms. Ibrahim was all he was doing was doing his job, he was simply answering the phone and responding to an inquiry from a law enforcement officer who could have been calling from any jurisdiction If Bondanella had instructed Officer Pate to arrest to make an arrest, is that sufficient? No, I don't think so, Your Honor because there still is no allegation that he individually targeted that plaintiff. If you look at the cases that talk about individually targeting the plaintiff in the forum there are cases where there is some course of conduct for example, the Ziegler case which the plaintiff relies heavily on, involved a course of dealing between a California distributor of fruit products and a Florida grower and the distributor sent a check to the grower and then subsequently filed for bankruptcy and that check was dishonored the Florida grower first wrote a letter to the distributor and said pay up on the check or I'm going to go to the authorities and have you arrested because that's a crime the grower then enlisted the Florida sheriff and sergeant to send similar letters to the distributor in California and followed that up with more affirmative conduct. They subpoenaed bank records in California You know, you can parse this pretty finely but in the end he tells local police detain her I don't know how you can have a more direct targeted effect than talking to an officer in a local authority, somebody you know has a badge and a gun and handcuffs and tell them exercise your authority as a peace officer in your local jurisdiction to keep this person from leaving You know, you can talk about these other cases but they don't seem to be at all analogous I think in I mean this is not an accident he didn't sort of he didn't just call you know APB and he didn't know he knew who he was talking to he was talking to somebody who was a police officer in San Francisco with authority to arrest to detain to shoot and kill if need be and and he says don't let her go until you got cleared by the FBI which is exactly what he did Well the cases make clear that the defendant has to be targeting, individually targeting the forum and the plaintiff and here, that's the element that's not met. There's no showing that This is because the call came to him and he didn't call them and he had no knowledge of who this person was other than to look at the no-fly list and see that her name is on it This isn't something that was motivated by any animus What if he got in a call and they say hey we do contract killings in California and you hear we have some enemies here, we'll take care of them for you he says okay great, I'll pay you ten grand if you take out Mr. X uh I mean come on uh I mean what he's doing is no matter who made the initial phone call the point is he knows that once he says the word he's speaking on behalf of the United States in an environment like the airport when he's speaking on behalf of the TSA, if he tells state authorities don't let this person go until  they're going to use whatever authority and power and violence and forces available to them necessary to affect this to keep her from leaving there's no doubt about it I don't know how you can say that's not targeted it's just a random act I threw a order and it fell to the ground I know not where Well that would place Mr. Bondanella and other watch officers in the Transportation Security Operations Center and frankly employees in any other federal agency at jeopardy of being sued in any jurisdiction simply because they get a phone call that happens to come from somewhere else the answer of course is that they have immunity if their lawyers raise the issue if you raise the issue of immunity, they're federal agents say they're federal agents, you can't sue them in state court because you otherwise you've heard of McCullough v. Maryland that's the answer it's not personal jurisdiction but you have to raise immunity as a defense you have to say my client's a federal agent and we thumb our nose at those state court laws if you want to have a tort remedy you have to sue the United States under the FDCA and you didn't do it in this case, too bad for you that's what you need to say personal jurisdiction, it's a makeshift I mean, read your brief it's a clouche anyway, we'll hear from is that the end of it? according to the court's clock it's now good afternoon, your honors my name is Richard Grotch and I'm here on behalf of the defendants whose names have not been mentioned yet and that suits me fine, United Airlines UAL Corporation and Customer Service Supervisor David Nevins  instance, United Airlines is alleged to have done three things one, asked for and received Ms. Ibrahim's ticket or probably more accurately her identification typed in the computer to begin checking her in see a note of concern pick up the phone and call local law enforcement just as federal law requires that customer service supervisor to do is there anything else? anything else that United did? that you need to say? I don't believe so thank you we'll give you some rebuttal time we'll give you a couple minutes anyway I'd just like to address a few points that were made by Mr. Bondanella's counsel first of all, with respect to this distinction between a detention and an arrest that distinction is something that would have to be developed under discovery the term that was used in the police report is that they were asked to detain Ms. Ibrahim, the end result is that she was arrested was she booked? she was booked, she was handcuffed she was taken to the local was she fingerprinted? I don't know the details of that does she have a picture with a number? she was taken to a holding cell in the jail that's within the airport what happened is they detained her and I mean it's an uncomfortable and difficult situation but I presume that the way some people get their name on the no-fly list is that they are known terrorists so what's wrong with Mr. Bondanella saying look, she's on this list as long as you tell us I don't dispute that, but he doesn't know that she's on the list so she could be a terrorist so hold on to her until you have a chance to check her out with the FBI which they do, they hold her for a couple of hours I mean it's unpleasant but is it illegal? it's not because the security directives do not authorize that someone who is on the no-fly list can be arrested they only say that they cannot fly and the federal government conceded that so Mr. Bondanella's direction that she be detained or arrested falls outside of the terms of the security directives which means they fall outside of what he was supposed to be doing and violate her 4th amendment rights against unreasonable search and seizure however that isn't the only question you have to draw you also have some other tests that you have to meet what interest does California have in this? Ibrahim is not here she resides in Malaysia we've got the agent in Virginia why does California have any interest here? why is it that I mean you're going to have to go back to Virginia and DC for some of your actions anyway the important witnesses that might have to do with this particular situation would be back there so effective resolution would go back there the only thing you've got going here in California is some police officers which could easily be brought back there but if you're going to get to the bottom of the thing there is an existence of an alternative forum there is an efficient resolution that can happen the interest in California is not big let's let it go to Virginia go back there and get it done well if I may answer that there are a number of questions being posed here first of all California has an interest because California would want to set some precedence to prevent this from happening to other passengers who might find their names on the no-fly list why is that bigger for California than Virginia? well as far as filing suit in Virginia we would not have personal jurisdiction over the San Francisco defendants in Virginia the events which led to this lawsuit namely her being arrested at San Francisco airport happened in California if we file suit against Mr. Bondanella in Virginia we'd have to have a separate lawsuit against the San Francisco defendants in California risking inconsistent judgments because both parties are going to point the fingers at each other and possibly leaving her without a remedy because both courts might find that the other party was substantially responsible so that's the problem with having to file suit in Virginia and as far as the burden on Mr. Bondanella Mr. Bondanella was working for the USIS he was a private contractor working for his employer his employer is likely indemnifying him he's being represented by the same counsel that's also representing USIS and so I don't think the burden is substantial and I think I'm going to rest on that your honor thank you okay thank you counsel the case is argued we are adjourned
judges: Kozinski, Smith, Otero